IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br>v.<br><br>BRYANT & BROWN, GUY A. BRYANT, MEREDITH BROWN, and DOES 1 through 50,<br><br>    Defendants. | NO. C 08-5645 TEH<br><br>ORDER CONTINUING HEARINGS AND CASE MANAGEMENT CONFERENCE |

  To accommodate the Court's calendar, the hearings on Defendant's Motion to Dismiss, Cross-Defendants' Motion to Dismiss, and Cross-Defendants' Motion to Strike and Motion for Protective Order, currently set for March 9 and March 30, are hereby CONTINUED to **10 A.M. on April 6, 2009.** As all papers are submitted for Defendant's Motion to Dismiss, the Court will accept no additional filings for that motion. The briefing schedule will remain the same for Cross-Defendants' Motions; Cross-Plaintiff's Opposition shall be filed on or before March 9, 2009, and Cross-Defendants' Reply shall be filed on or before March 16, 2009. The Case Management Conference currently scheduled for March 23, 2009 is CONTINUED to **10 A.M. on April 6, 2009.** The parties shall file a Joint Case Management Conference Statement one calendar week in advance of the Case Management

//

//

Conference.

**IT IS SO ORDERED.**

Dated: February 25, 2009

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT