GREGORY E. STUBBS (Bar No. 048758)
LOUIS A. LEONE (Bar No. 099874)
CLAUDIA LEED (Bar No. 122676)
**STUBBS & LEONE**
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:  (925) 974-8600
Facsimile:  (925) 974-8601
E-mail: stubbsg@stubbsleone.com
          leonel@stubbsleone.com
          leedc@stubbsleone.com

Attorneys for Plaintiff
OAKLAND UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OAKLAND UNIFIED SCHOOL DISTRICT, a public entity,<br><br>Plaintiff,<br><br>vs.<br><br>BRYANT & BROWN, PC, a professional corporation; GUY A. BRYANT, an individual, MEREDITH BROWN, an individual, DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIM. | CASE NO. C 08-05645 TEH<br><br>JOINT REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>CMC Date: June 8, 2009<br>Time:         10:00 a.m.<br>Judge:   Honorable Thelton E. Henderson<br>Trial Date:  None |

The parties, through their respective counsel, jointly request that the June 8, 2009 case management conference be continued to a date convenient to the court. The request is made for the following reasons.

    1.  The parties have been working diligently in their efforts to schedule and complete mediation in this matter prior to the court imposed deadline.

    2.  The parties have selected retired judge William Cahill as a mediator.

---

STIPULATION AND COURT ORDER CONTINUING CASE MANAGEMENT CONFERENCE

CASE NO. C 08-05645 TEH

-1-

3. The only mediation date available on Judge Cahill's calendar, prior to the June 30, 2009, is June 8, 2009, the same date that the current case management conference is set to occur.

Therefore the parties do hereby jointly request that the Court reset the June 8, 2009 case management conference to a date convenient for the Court, so that the mediation may proceed on June 8, 2009.

IT IS SO REQUESTED.

Dated: May 6, 2009

**STUBBS & LEONE**

By: _____
LOUIS A. LEONE, ESQ.
CLAUDIA LEED, ESQ.
Attorneys for Plaintiffs and Cross-Defendants OAKLAND UNIFIED SCHOOL DISTRICT, DEBORAH COOKSEY and ROBERTA MAYOR

Dated: May 6, 2009

**WENDEL, ROSEN, BLACK & DEAN LLP**

By: _____
Edwin J. Wilson, Jr.
Attorneys for Defendants/Cross-Claimants
Bryant & Brown, Meredith Brown and Guy Bryant

| | |
|---|---|
| 1 | **ORDER** |
| 2 | For good appearing, the June 8, 2009 case management conference in this |
| 3 | matter is rescheduled so to occur on ___June 29, 2009___. |
| 4 | |
| 5 | Dated: __May 7, 2009__ |

THELTON E. HENDERSON
United States District Judge

IT IS SO ORDERED
Judge Thelton E. Henderson