Edwin J. Wilson, Jr., Bar No. 48881
Anagha Dandekar Clifford, Bar No. 233806
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California  94607
Telephone:  (510) 834-6600
Fax:  (510) 834-1928
Email:  ewilson@wendel.com

Todd Boley, Bar No. 68119
**ATTORNEY AT LAW**
476 Third Street
Oakland, California 94607
Telephone:  (510) 846-4500
Fax:  (510) 649-5169
Email:  boley@boleylaw.com

Attorneys for Defendant/Cross-Claimants
Bryant & Brown, Meredith Brown and Guy Bryant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OAKLAND UNIFIED SCHOOL DISTRICT, a public entity, <br><br> Plaintiff, <br><br> vs. <br><br> BRYANT & BROWN, a California professional corporation; GUY A. BRYANT, an individual; MEREDITH BROWN, an individual, DOES 1 through 50, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION. | Case No.  C08-05645 TEH <br><br> **REQUEST FOR ORDER TO EXTEND TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT** <br><br> CMC Date: June 29, 2009 <br> Time:          1:30 p.m. <br> Judge:         Honorable Thelton E. Henderson <br> Trial Date:   None |

Defendants' respectfully request this Court to extend time to answer Plaintiff's First Amended Complaint, filed and served on May 29, 2009.  Defendants attempted to obtain a joint

*DEFS' REQUEST FOR ORDER TO EXTEND TIME TO FILE ANSWER - Case No.  C08-05645 TEH*

stipulation from parties pursuant to Local Rule 6-1(a). Plaintiff's counsel was sent an electronic mail regarding Defendants' request Friday afternoon on June 5th. Defendants were notified today, June 8th, that Plaintiff does not agree to the stipulation.

This request is made for the following reasons:

1. Since the last Case Management Conference on April 27, 2009, Defendants have been working diligently to complete a first round of written discovery and conduct depositions before June 8th, the date set for mediation with Retired Judge William J. Cahill through JAMS.

2. At the Case Management Conference, this Court heard argument regarding Defendants' Motion to Dismiss Plaintiff's RICO claims in the Complaint. This Court ordered Plaintiff to amend its Complaint by May 26, 2009. Plaintiff filed its First Amended Complaint on May 29, 2009.

3. Parties mediation statements were submitted on June 1, 2009.

4. Based on Plaintiff's First Amended Complaint, Defendants intend to file a Motion to Dismiss Plaintiff's First Cause of Action (RICO). Defendants intend to file their motion shortly, depending on the outcome of today's mediation.

5. Plaintiff will not be prejudiced by this extension of time. Defendants have filed their Answer to Plaintiff's Complaint which is the same in substance to Plaintiff's First Amended Complaint, but for the RICO Cause of Action.

6. Since the time for answering Plaintiff's First Amended Complaint is governed by Fed. R. Civ. P. 15(a)(3) and therefore is independent of Defendants' intention to file a motion pursuant to Rule 12(b) to dismiss, Defendants answer to Plaintiff's First Amended Complaint is due tomorrow, June 9, 2009.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  Based on the foregoing, Defendants hereby request this Court to extend time to file their
2  Answer to Plaintiff's First Amended Complaint until ten (10) days after this Court rules on
3  Defendants' anticipated Motion to Dismiss Plaintiff's First Amended Complaint.

Dated: June 8, 2009                                          WENDEL, ROSEN, BLACK & DEAN LLP

By: */s/ Edwin J. Wilson, Jr.*
   Edwin J. Wilson, Jr.
   Attorneys for Defendants/Cross-Claimants
   Bryant & Brown, Meredith Brown and
   Guy Bryant

**ORDER**

For good cause appearing, Defendants' shall file their Answer to Plaintiff's First Amended Complaint within ten (10) days of this Court's Order on Defendants' anticipated Motion to Dismiss Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

Dated: 06/09 , 2009



THELTON E. HENDERSON
United States District Court Judge

*DEFS' REQUEST FOR ORDER TO EXTEND TIME TO FILE ANSWER - Case No. C08-05645 TEH*     - 4 -