Edwin J. Wilson, Jr., Bar No. 48881
Anagha Dandekar Clifford, Bar No. 233806
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: ewilson@wendel.com

Todd Boley, Bar No. 68119
**ATTORNEY AT LAW**
476 Third Street
Oakland, California 94607
Telephone: (510) 846-4500
Fax: (510) 649-5169
Email: boley@boleylaw.com

Attorneys for Defendant/Cross-Claimants
Bryant & Brown, Meredith Brown and Guy Bryant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OAKLAND UNIFIED SCHOOL DISTRICT, a public entity, <br><br> Plaintiff, <br><br> vs. <br><br> BRYANT & BROWN, a California professional corporation; GUY A. BRYANT, an individual; MEREDITH BROWN, an individual, DOES 1 through 50, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION. | Case No. C08-05645 TEH <br><br> **JOINT REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE;** ~~[PROPOSED]~~ **ORDER** <br><br> CMC Date: June 29, 2009 <br> Time: 1:30 p.m. <br> Judge: Honorable Thelton E. Henderson <br> Trial Date: None |

The parties, through their respective counsel, jointly request that the case management conference currently scheduled for June 29, 2009 be continued by two weeks to a date convenient to this Court. This request is made for the following reasons:

1. The parties met with Retired Judge William Cahill of JAMS on June 8, 2009 to mediate the instant case. As a product of the session, Judge Cahill presented parties with a mediator's proposal towards settling the case.

2. Parties have since met and conferred regarding the mediator's proposal. Parties believe that significant headway has been made towards settlement and would like the opportunity to continue in that process.

3. Due to the expenditure of time required for ongoing negotiations, scheduling and conferencing with clients, parties anticipate that a determination regarding settlement will be made by the end of this month. The joint case management statement, based on the current date set for the case management conference, is to be submitted by parties by June 22, 2009.

4. Parties believe that an additional two weeks will be sufficient to reach a conclusion on the possibility of settlement at this time. In the effort for parties to focus on settlement and to avoid the incurring of additional legal fees, parties have agreed to stop all work on the pending litigation until the completion of the instant settlement negotiations. While there are no pending deadlines per se before this Court, Defendants did indicate that they would file a Motion to Dismiss Plaintiff's First Amended Complaint forthwith. If parties do not reach a settlement in the next couple weeks, Defendants will file said motion shortly thereafter.

//
//
//
//
//
//
//

Based on the foregoing, the parties do hereby jointly request that the Court extend the

1  June 29, 2009 case management conference by approximately two weeks, to a date convenient for
2  the Court, so that parties may complete settlement discussions.

3

4  IT IS SO REQUESTED.

5

6  Dated: June 15, 2009                    WENDEL, ROSEN, BLACK & DEAN LLP

7

8                                          By: /s/ Edwin J. Wilson, Jr.
                                               Edwin J. Wilson, Jr.
9                                              Attorneys for Defendants/Cross-Claimants
                                               Bryant & Brown, Meredith Brown and
10                                             Guy Bryant

11 Dated: June /3 2009                     STUBBS & LEONE

12

13                                         By: _____
                                               LOUIS A. LEONE, ESQ.
14                                             CLAUDIA LEED, ESQ.
                                               Attorneys for Plaintiffs and Cross-
15                                             Defendants OAKLAND UNIFIED
                                               SCHOOL DISTRICT, DEBORAH
16                                             COOKSEY and ROBERTA MAYOR

[~~PROPOSED~~] **ORDER**

For good cause appearing, the June 29, 2009 case management conference in the instant case shall be rescheduled to  July 13, 2009 at 1:30 PM

**IT IS SO ORDERED.**

Dated: 06/16, 2009



THELTON E. HENDERSON
United States District Court Judge