GREGORY E. STUBBS (Bar No. 048758)
LOUIS A. LEONE (Bar No. 099874)
CLAUDIA LEED (Bar No. 122676)
**STUBBS & LEONE**
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
E-mail: stubbsg@stubbsleone.com
　　　　leonel@stubbsleone.com
　　　　leedc@stubbsleone.com

Attorneys for Plaintiff
OAKLAND UNIFIED SCHOOL DISTRICT and
Cross-Defendants, DEBRA COOKSEY and ROBERTA MAYER

Edwin J. Wilson
Zachery Wasserman
Wendel, Rosen, Black & Dean
1111 Broadway, 24th Floor
Oakland, CA 94607
Ph: (510) 834-6600
Fx: (510) 834-1928
E-Mail: ewilson@wendel.com
　　　　ADClifford@wendel.com

Attorneys for Defendants/Cross-Claimants
BRYANT & BROWN, MEREDITH BROWN and GUY BRYANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| OAKLAND UNIFIED SCHOOL DISTRICT, a public entity,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRYANT & BROWN, PC, a professional corporation; GUY A. BRYANT, an individual, MEREDITH BROWN, an individual, DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. C 08-05645 TEH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>**Trial Date: None**<br>**Honorable Judge Thelton E. Henderson** |

| | |
|---|---|
| 2 | BRYANT & BROWN, a California professional corporation; GUY A. BRYANT, and MEREDITH BROWN, |
| 4 | Cross-Complainants, |
| 5 | vs. |
| 6-8 | OAKLAND UNIFIED SCHOOL DISTRICT, a public entity; DEBORAH COOKSEY, an individual; ROBERTA MAYER, an individual; and ROES 1 through 50, inclusive, |
| 9 | Cross-Defendants. |

It is hereby stipulated by the parties, through their respective attorneys, that the above entitled action, including all complaints and cross-claims, be hereby dismissed with prejudice, each party to bear their own costs and attorney's fees.

IT IS SO STIPULATED.

Dated: August 26, 2009

**STUBBS & LEONE**

By: _____
LOUIS A. LEONE, ESQ.
CLAUDIA LEED, ESQ.
Attorneys for Plaintiffs and Cross-Defendants OAKLAND UNIFIED SCHOOL DISTRICT, DEBORAH COOKSEY and ROBERTA MAYOR

Dated: August 26, 2009

**WENDEL, ROSEN, BLACK & DEAN LLP**

By: _____
Edwin J. Wilson, Jr.
Attorneys for Defendants/Cross-Claimants Bryant & Brown, Meredith Brown and Guy Bryant

IT IS SO ORDERED

Dated: 09/09/09

_____
THELTON E. HENDERSON
United States District Court Judge

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION       CASE NO. C 08-05645 TEH

-2-